UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MURPHY & KING, PROFESSIONAL
CORPORATION,

    Plaintiff,

v.                                                        Case No: 8:13-cv-534-T-27AEP

KARBON ARMS, LLC,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Motion for Summary Judgment (Dkt. 25). Defendant has not responded and the time in which to do so has expired. Upon consideration the Motion is GRANTED.

**I.    Background**

Plaintiff brings this action for breach of contract (Count I), account stated (Count II), and open account (Count III)[1] arising from Plaintiff's legal services to Defendant in connection with a lawsuit by Taser International, Inc. in the United States District Court for the District of Delaware and a lawsuit against Vance Outdoors, Inc. United States District Court for the Northern District of Ohio (collectively referred to as the "underlying lawsuits").

The undisputed facts are as follows. Defendant retained Plaintiff as legal counsel, Plaintiff and Defendant entered into an engagement agreement, Plaintiff provided legal services to Defendant in the underlying lawsuits, and Defendant failed to pay Plaintiff for services rendered (Declaration

---

[1] Plaintiff also brings an alternative claim for unjust enrichment (Count IV).

1

of Robert J. Perry, Dkt. 25-1, ¶¶ 4-6, 10 & Ex. 1). Plaintiff submitted detailed monthly invoices to Defendant for fees and costs associated with the legal services provided (*Id.*, ¶ 9 & Ex. 2). Plaintiff has attempted to collect the past due sums from Defendant to no avail (*Id.*, ¶¶ 8-9). Defendant has not objected to or refuted the amount due and owing and acknowledges and agrees that it owes the amounts, yet refuses to pay (*Id.*, ¶ 12). Plaintiff has suffered damages in the principal amount of $707,246.19, plus prejudgment interest (*Id.*, ¶ 13). Pursuant to the terms stated on Plaintiff's billing invoices, prejudgment interest accrues at a rate of 1.5% per month, or $348.78 per day, on unpaid balances beginning on February 4, 2013, the date Plaintiff sent its final account statements to Defendant (*Id.*, ¶ 14).[2]

## II. Standard

Under Rule 56(a) of the Federal Rules of Civil Procedure, a court shall grant a motion for "summary judgment if the movant shows that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law." Fed. R. Civ. P. 56(a). "[A] party seeking summary judgment always bears the initial responsibility of informing the district court of the basis for its motion, and identifying those portions of the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, which it believes demonstrate the absence of a genuine issue of material fact." *Celotex Corp. v. Catrett*, 477 U.S. 317, 323 (1986) (internal quotation marks omitted). However, once the movant has satisfied this burden, "[t]he burden then shifts to the nonmoving party to go beyond the pleadings and to present evidentiary materials designating specific facts that show a genuine issue." *Penaloza v. Target Corp.*, 2013 WL 5828008, *1 (11th Cir. 2013) (citing *Celotex*, 477 U.S. at 324).

---

[2] As of the filing of this Motion, the amount of prejudgment interest was $133,582.74.

### III. Discussion

Plaintiff has submitted evidence demonstrating the necessary facts to prevail on its claims. Defendant has not responded to Plaintiff's Motion and provides only general denials in its Answer. Accordingly, Defendant has failed satisfy its burden of presenting evidence to demonstrate a genuine dispute of material fact and summary judgment in favor of Plaintiff is warranted on Counts I, II and III of Plaintiff's Complaint. *See* Fed. R. Civ. P. 56(e).

Accordingly,

Plaintiff's Motion for Summary Judgment (Dkt. 25) is **GRANTED**. The Clerk is directed to enter judgment in favor of Plaintiff Murphy & King, Professional Corporation and against Defendant Karbon Arms, LLC on Counts I, II and III of Plaintiff's Complaint in the amount of $707,246.19, plus $149,277.84 in prejudgment interest.

**DONE AND ORDERED** this 9th day of April, 2014.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record